**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**July 8, 2004**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-21018
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff - Appellee

v

FREDERICK GROVE

Defendant - Appellant

--------------------
Appeals from the United States District Court
for the Southern District of Texas
USDC No. H-03-CR-81-6
--------------------

Before KING, Chief Judge, and WIENER and PRADO, Circuit Judges.

PER CURIAM:[*]

Court-appointed appellate counsel for defendant Frederick Grove has moved for leave to withdraw and has filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967). Grove has filed a pro se response. Our independent review of the briefs and the record discloses no nonfrivolous issue for appeal. Appointed counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED. See 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.